**Order entered July 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00719-CV

### JOSE HERNANDEZ, Appellant

### V.

### SUN CRANE AND HOIST, INC., JLB PARTNERS, L.P., JLB BUILDERS, L.L.C., AUGER DRILLING, INC., AND D'AMBRA CONSRUCTION CORPORATION, Appellees

### On Appeal from the County Court at Law No. 4
### Dallas County, Texas
### Trial Court Cause No. CC-15-00715-D

## ORDER

It appears from the record before us that we may not have jurisdiction over this appeal as no final judgment seems to have been signed. *See Martinek Grain & Bins, Inc. v. Bulldog Farms, Inc.*, 366 S.W.3d 800, 804 (Tex. App—Dallas 2012, no pet.) (appellate court generally has jurisdiction only over appeals from final judgments that dispose of all parties and claims in record). The trial court's docket sheet reflects appellant's live pleading was his third amended petition. That petition appears to name as defendants Sun Crane and Hoist, Inc., JLB Partners, L.P., JLB Builders, L.L.C., Auger Drilling, Inc., and D'Ambra Construction Corporation. The docket sheet further reflects all defendants were served, and all but Auger answered. No counter-claims appear to have been filed.

The clerk's record includes a copy of the summary judgment dismissing all of appellant's claims against JLB Partners and JLB Builders. Although not included in the record, the docket sheet reflects Sun Crane was dismissed by order of November 3, 2016 and an order on D'Ambra's motion for summary judgment was signed May 22, 2017. However, no order appears to have been signed disposing of appellant's claims against Auger.

So that the Court can establish its jurisdiction, we **ORDER** appellant to have filed, no later than August 16, 2018, a supplemental clerk's record containing a copy of any order disposing of his claims against Auger. The supplemental clerk's record shall also include a copy of the order on D'Ambra's summary judgment motion.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Ken Tapscott, Presiding Judge of County Court at Law No.4, and the parties.

To allow the trial court an opportunity to sign any necessary orders on any remaining claims and parties, we **ABATE** the appeal until August 16, 2018. If the requested supplemental clerk's record is not timely filed, the appeal may be dismissed without further notice. *See* TEX. R. APP. P. 42.3(a).

/s/ DAVID L. BRIDGES
PRESIDING JUSTICE